Jay J. Schuttert
Nevada Bar No. 8656
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jschuttert@swlaw.com

Attorneys for Defendants
ZIMMER, INC., ZIMMER HOLDINGS, INC.,
and ZIMMER SURGICAL, INC., f/k/a ZIMMER
ORTHOPAEDIC SURGICAL PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LENORA DIGIACOMO,<br><br>Plaintiff,<br><br>vs.<br><br>ZIMMER, INC., ZIMMER HOLDINGS, INC., ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>Defendants. | CASE NO. 2:12-cv-01019-RCJ-PAL<br><br>**JOINT MOTION TO STAY PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

The defendants, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., and the plaintiff, Lenora Digiacomo (collectively, "the Parties"), respectfully move this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to stay all proceedings, including but not limited to any deadline to answer or otherwise respond to the Complaint, the period for initial disclosures pursuant to Rule 26, and all other discovery and pretrial deadlines, pending transfer of this action to the Northern District of Illinois as part of multidistrict proceedings styled *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL No. 2272 ("MDL-2272"). In support of this Motion, the Parties state:

1. Responsive pleadings are currently due on August 14, 2012, which time has not expired.

15642590

2. This is one of multiple product liability cases in which the plaintiff alleges that the defendants designed, manufactured, and sold an allegedly defective *NexGen* branded artificial knee implant, which allegedly caused the plaintiff to suffer damages.

3. On August 8, 2011, the JPML created MDL-2272 and began transferring cases involving *NexGen* branded artificial knee implants to the United States District Court for the Northern District of Illinois (the "Transferee Court") for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, (J.P.M.L. 2011) [Doc. No. 110] attached as Exhibit A. Describing the primary purposes of consolidating these cases, the JPML stated that "[c]entralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings on *Daubert* and other pretrial issues, and conserve the resources of the parties, their counsel and the judiciary." *See id.* at 2.

4. The defendants submitted this action to the JPML as a tag-along for transfer to the Transferee Court on August 6, 2012, and the JPML will likely transfer it conditionally. *See* Notice Of Potential Tag-Along Action [Doc. No. 786] attached as Exhibit B. The Parties expect transfer of this case to be completed promptly.

5. A stay of all proceedings in this Court pending transfer is appropriate because such a stay will promote judicial economy and consistency. Indeed, the Transferee Court is expected to decide multiple pre-trial issues likely to arise in the cases transferred to MDL-2272.

6. A stay in this Court pending transfer to the MDL-2272 will not prejudice any party.

///
///
///
///
///
///

15642590

WHEREFORE, the defendants and the plaintiff respectfully request that this Court enter an order staying all proceedings in this Court, including but not limited to any deadline for an answer or other response to the Complaint, the period for initial disclosures pursuant to Rule 26, and other discovery and pretrial deadlines pending transfer of this case to MDL-2272, and that the Court grant all other appropriate relief.

DATED this __14th__ day of August, 2012.

SNELL & WILMER L.L.P.

By: /s/ Jay J. Schuttert
Jay J. Schuttert, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Defendants
ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER SURGICAL, INC., f/k/a ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.

DATED this __14th__ day of August, 2012.

MARQUIS & AURBACH

By: /s/ Joshua L. Benson
Joshua L. Benson, Esq.
10001 Park Run Drive
Las Vegas, NV 89145

Attorneys for Plaintiff
LENORA DIGIACOMO

IT IS SO ORDERED this 17th day of August, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

- 3 -

15642590

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT MOTION TO STAY PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** by electronic service (via Case Management/Electronic Case Filing) to the following:

Joshua L. Benson, Esq.
**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: jbenson@marquisaurbach.com
Attorneys for Plaintiff

DATED this 14th day of August, 2012.

_____
An Employee of Snell & Wilmer L.L.P.

- 4 -

15642590

# EXHIBIT A

# EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION            MDL No. 2272


TRANSFER ORDER


      **Before the Panel**:[*]  Pursuant to 28 U.S.C. § 1407, plaintiff in an action pending in the Northern District of Illinois (*Stone*) moves to centralize this litigation in that district. The motion encompasses 28 actions pending in thirteen districts, as listed on Schedule A. The Panel has been notified of more than 45 additional related actions.[1]

      All responding plaintiffs support centralization, and almost all argue for selection of either the Northern District of Illinois or the Eastern District of New York as transferee district. Plaintiffs in five potential tag-along actions, however, urge the Panel to select the Central District of California. Responding Zimmer defendants[2] oppose centralization, but, in the alternative, argue for selection of the Northern District of Indiana as transferee district.

      On the basis of the papers filed and hearing session held, we find that these 28 actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The subject actions share factual issues arising from allegations that Zimmer's "high-flex" femoral components (*i.e.*, the Cruciate Retaining (CR) and Legacy Posterior Stabilized (LPS) components, and the "Gender Solutions" versions thereof) and/or the MIS Tibial

---

    [*]  Judge Paul J. Barbadoro and Judge Marjorie O. Rendell took no part in the disposition of this matter.

    [1]  These actions and any other related actions are potential tag-along actions. *See* Rules 1.1(h), 7.1, and 7.2.

    [2]  Zimmer, Inc.; Zimmer Holdings, Inc.; Zimmer Orthopaedic Surgical Products, Inc.; Wilson/Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (according to Zimmer, this entity is incorrectly named as (1) Zimmer Tri-State, d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State, d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State, d/b/a Tri-State Orthopedic); and K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (according to Zimmer, this entity is incorrectly named as Zimmer Melia & Associates, Inc.). We refer to defendants collectively as "Zimmer."

component[3] – all of which are used in knee replacement surgery – are prone to premature loosening, causing affected individuals pain and loss of movement, and often forcing them to undergo revision surgery. The actions also raise factual issues as to whether the aforementioned high-flex components actually provide an individual with any increase in flexion. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings on *Daubert* and other pretrial issues, and conserve the resources of the parties, their counsel and the judiciary.

In opposing centralization, Zimmer strenuously argues that the involved components are quite distinct. Zimmer asserts, for example, that the actions before the Panel implicate eight products, six different design teams, six different sets of design history documents, and eight different 510(k) regulatory applications,[4] and thus discovery will not significantly overlap among the actions. After careful consideration of the entire record, we are not persuaded by Zimmer's arguments. As an initial matter, we note that we have ordered centralization in other dockets involving multiple devices made by a single (or related) manufacturers. *See In re Medtronic, Inc., Implantable Defibrillators Prods. Liab. Litig.*, 408 F. Supp. 2d 1351 (J.P.M.L. 2005) (centralizing, over defendant's objections, actions involving allegations concerning approximately ten different models of defendant's implantable cardioverter defibrillators and cardiac resynchronization therapy defibrillators); *In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, 398 F. Supp. 2d 1371 (J.P.M.L. 2005) (centralizing actions sharing allegations of defects in certain implantable defibrillator devices and pacemakers manufactured by the defendants). More importantly, our review of the record indicates that the distinctiveness of the various femoral components is not as clear-cut as Zimmer contends. Plaintiffs reference, for example, certain 510(k) submissions that appear to reflect significant similarities among the subject femoral components, a surgical techniques brochure containing largely identical language describing the designs of the LPS-Flex and CR-Flex femoral components, and a Zimmer marketing pamphlet covering both the CR-Flex Gender Solutions and LPS-Flex Gender Solutions components.

As we have stated previously, centralization under Section 1407 does not require a complete identity or even a majority of common factual or legal issues as a prerequisite to transfer. *E.g., In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, 493 F. Supp. 2d 1371, 1373 (J.P.M.L. 2007). Centralization has the salutary effect of placing all actions in a given docket before a single judge who can formulate a pretrial program that: (1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, and (2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *Id*. Here, as with any MDL, the transferee judge can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation.[5] As the litigation progresses, the transferee judge may conclude that

---

[3] Zimmer states that the full name of this product is "MIS Total Knee Procedure Stemmed Tibial Component Fixed Bearing Precoat."

[4] *See Medtronic, Inc. v. Lohr*, 518 U.S. 470, 477-79 (1996) (describing 510(k) process).

[5] Our decision to centralize these actions in no way dictates or even suggests the particular manner or course of pretrial proceedings; consistent with our typical practice, we leave those

- 3 -

issues concerning one or more of these Zimmer components are sufficiently dissimilar that the associated claims or actions should be remanded to their transferor districts, while pretrial proceedings as to other actions continue in the MDL. *See In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Prods. Liab. Litig.*, — F. Supp. 2d —, 2011 WL 2132995, at *1 (J.P.M.L. May 23, 2011). If she does so conclude, procedures are available to effect remand with minimal delay. *See* Rule 10.1(b).

We conclude that the Northern District of Illinois is an appropriate transferee district for pretrial proceedings in this litigation. Ten of the 28 constituent actions are pending in that district, and the district is relatively close to Zimmer's Indiana headquarters. Judge Rebecca R. Pallmeyer, to whom we assign this MDL, is an experienced and highly-regarded jurist, and we have every confidence in her ability to guide this litigation efficiently to a just resolution.

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Rebecca R. Pallmeyer for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Kathryn H. Vratil      W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.      Barbara S. Jones

---

determinations to the transferee judge. *See In re: Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*, 657 F. Supp. 2d 1375, 1376 (J.P.M.L. 2009).

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**                MDL No. 2272


## SCHEDULE A


<u>Southern District of Florida</u>

Douglas Root v. Zimmer, Inc., et al., C.A. No. 9:11-80640

<u>Northern District of Illinois</u>

Robert Carr v. Zimmer, Inc., et al., C.A. No. 1:11-00974
Richard Cleveland v. Zimmer, Inc., et al., C.A. No. 1:11-01210
Fred Stone v. Zimmer, Inc., et al., C.A. No. 1:11-03408
Charles Holder v. Zimmer, Inc., et al., C.A. No. 1:11-03704
Jacqueline Gangloff v. Zimmer, Inc., et al., C.A. No. 1:11-03707
Robert Fitzpatrick v. Zimmer, Inc., et al., C.A. No. 1:11-03710
Daniel Pancotto v. Zimmer, Inc., et al., C.A. No. 1:11-03711
Gayle Cavada v. Zimmer, Inc., et al., C.A. No. 1:11-03714
Javier Saucedo v. Zimmer, Inc., et al., C.A. No. 1:11-03717
Mary Lou Malee v. Zimmer, Inc., et al., C.A. No. 1:11-03718

<u>Southern District of Iowa</u>

Michael Cozzolino v. Zimmer, Inc., et al., C.A. No. 4:11-00246

<u>Western District of Kentucky</u>

Barry Davis v. Zimmer, Inc., et al., C.A. No. 3:11-00251

<u>Eastern District of Michigan</u>

Angela Coleman v. Zimmer, Inc., et al., C.A. No. 2:11-11909

<u>District of Minnesota</u>

Ron Singsaas v. Zimmer, Inc., et al., C.A. No. 0:11-00122
Jerry S. Hanson v. Zimmer, Inc., et al., C.A. No. 0:11-00530
David R. Langevin v. Zimmer, Inc., et al., C.A. No. 0:11-01123

- A2 -

**MDL No. 2272 Schedule A (Continued)**

District of Nevada

Kim Sizemore v. Zimmer, Inc., et al., C.A. No. 2:10-01979
Monica Hood v. Zimmer, Inc., et al., C.A. No. 2:11-00863
Duane Poser, et al. v. Zimmer, Inc., et al., C.A. No. 2:11-00886

Eastern District of New York

Michelina Vargas, et al. v. Zimmer Inc., et al., C.A. No. 1:11-02600
Sherry Ritter, et al. v. Zimmer, Inc., et al., C.A. No. 1:11-02601
Joseph Campbell v. Zimmer, Inc., et al., C.A. No. 1:11-02610

District of North Dakota

Mary Wahlman v. Zimmer Inc., et al., C.A. No. 1:11-00042

Eastern District of Pennsylvania

Carol Hasse-Jungkurt, et al. v. Zimmer, Inc., et al., C.A. No. 2:11-02992

Middle District of Pennsylvania

James Krammes, et al. v. Zimmer, Inc., et al., C.A. No. 3:11-00916

Middle District of Tennessee

Larry E. Effler, et al. v. Zimmer, Inc., et al., C.A. No. 3:11-00351

Eastern District of Wisconsin

Sandra Anderson v. Zimmer, Inc., et al., C.A. No. 2:10-01178

# EXHIBIT B

# EXHIBIT B

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

JOSEPH H. YEAGER, JR.
Partner
jay.yeager@FaegreBD.com
Direct +1 317.237.1278

Faegre Baker Daniels LLP
300 North Meridian Street ▼ Suite 2700
Indianapolis ▼ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

August 6, 2012

**By CM/ECF**

Jeffrey N. Lüthi, Clerk of the Panel
United States Judicial Panel On Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

    Re: Zimmer NexGen Knee Implant Products Liability Litigation
       MDL Docket No. 2272

Dear Mr. Lüthi:

  Pursuant to JPML Rule 7.1(a), I write to notify you of potential tag-along actions in which Zimmer entities are named as defendants. The actions are listed on the enclosed schedule. Additionally, the docket sheets and complaints for the actions are enclosed. We have opted not to include the Master Long Form Complaints.

  Please do not hesitate to contact me if you have any questions.

        Very truly yours,

        *[signature]*

        Joseph H. Yeager, Jr.

JHY/jd
Enclosures

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Zimmer NexGen Knee Implant Products Liability Litigation

MDL Docket No. 2272

Schedule of Actions

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Eddie L. McKinney<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Northern District of Alabama<br>Middle Division | 4:12-cv-02439-KOB | Karon O. Bowdre |
| **Plaintiff:** Thomas Green<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Zimmer Production, Inc., and Zimmer US, Inc. | Northern District of Alabama<br>Southern Division | 2:12-cv-02214-AKK | Abdul K. Kallon |
| **Plaintiff:** Roger A. Engstrom<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of Arizona<br>Phoenix Division | 2:12-cv-01032-GMS | G. Murray Snow |
| **Plaintiff:** Judy Gladfelter<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of Arizona<br>Phoenix Division | 2:12-cv-01285-ROS | Roslyn O. Silver |
| **Plaintiff:** Linda Valles<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Eastern District of California<br>Fresno Division | 1:12-cv-00975-LJO-SMS | Lawrence J. O'Neill<br>Magistrate Judge Sandra M. Snyder |
| **Plaintiff:** Joandrea Miller<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Northern District of California<br>Oakland Division | 4:12-cv-03167-YGR | Yvonne Gonzalez Rogers |

| **Plaintiff:** Maxine Moody-Quinlan<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Northern District of California<br><br>San Francisco Division | 3:12-cv-01208-MEJ | Magistrate Judge Maria-Elena James |
|---|---|---|---|
| **Plaintiff:** Marilyn Levine<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Southern District of California<br><br>San Diego Division | 3:12-cv-01504-LAB-WMC | Larry Alan Burns<br><br>Magistrate Judge William McCurine, Jr. |
| **Plaintiff:** Levette Adams<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Southern District of California | 3:12-cv-01505-CAB-NLS | Cathy Ann Bencivengo<br><br>Magistrate Judge Nita L. Stormes |
| **Plaintiff:** Charity Jeffries Maize<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Southern District of California<br><br>San Diego Division | 3:12-cv-01506-JAH-JMA | John A. Houston<br><br>Magistrate Judge Jan M. Adler |
| **Plaintiff:** Jonathan Overstreet<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Southern District of California<br><br>San Diego Division | 3:12-cv-01507-LAB-DHB | Larry Alan Burns<br><br>Magistrate Judge David H. Bartick |
| **Plaintiff:** Lenard Smith<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Southern District of California<br><br>San Diego Division | 3:12-cv-01508-IEG-WVG | Irma E. Gonzalez<br><br>Magistrate Judge William V. Gallo |
| **Plaintiff:** Jamie Eads<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Southern District of California<br><br>San Diego Division | 3:12-cv-01509-L-BLM | M. James Lorenz<br><br>Magistrate Judge Barbara Lynn Major |
| **Plaintiff:** Michelle Willer<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Southern District of California<br><br>San Diego Division | 3:12-cv-01510-IEG-DHB | Irma E. Gonzalez<br><br>Magistrate Judge David H. Bartick |

| | | | |
|---|---|---|---|
| **Plaintiff:** John Rogers<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Northern District of Georgia<br><br>Atlanta Division | 1:12-cv-02076-TWT | Thomas W. Thrash, Jr. |
| **Plaintiff:** Cindy Toler<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of Idaho<br><br>Pocatello-Eastern Division | 4:12-cv-00313-CWD | Candy W. Dale |
| **Plaintiff:** Dinah Terrill<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of Kansas<br><br>Kansas City Division | 2:12-cv-02327-JWL-DJW | John W. Lungstrum<br><br>Magistrate Judge David J. Waxse |
| **Plaintiff:** Janet Danosky<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Eastern District of Michigan<br><br>Detroit Division | 2:12-cv-13027-BAF-RSW | Bernard A. Friedman<br><br>Magistrate Judge R. Steven Whalen |
| **Plaintiff:** Danielle Gardner<br>**Defendants:** Zimmer, Inc., and Zimmer Holdings, Inc. | Western District of Michigan<br><br>Southern Division | 1:12-cv-00501-RJJ | Robert J. Jonker |
| **Plaintiff:** Michael T. Krepps<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Western District of Michigan<br><br>Southern Division | 1:12-cv-00533-GJQ | Gordon J. Quist |
| **Plaintiff:** Pamela Hendon<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Western District of Michigan<br><br>Southern Division | 1:12-cv-00624-RJJ | Robert J. Jonker |
| **Plaintiff:** Jayneth Barnes<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., Zimmer Orthopaedic Surgical Products, Inc., Zimmer Production, Inc., and Zimmer US, Inc. | District of Minnesota<br><br>DMN Division | 0:12-cv-01468-JNE-FLN | Joan N. Ericsen<br><br>Magistrate Judge Franklin L. Noel |

| | | | |
|---|---|---|---|
| **Plaintiffs:** Gillian Ward and Richard Ward<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | Eastern District of Missouri<br><br>St. Louis Division | 4:12-cv-01254-FRB | Frederick R. Buckles |
| **Plaintiff:** Lenora DiGiacomo<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of Nevada<br><br>Las Vegas Division | 2:12-cv-01019-RCJ-PAL | Robert C. Jones<br><br>Magistrate Judge Peggy A. Leen |
| **Plaintiff:** Edward R. Deitsch<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of New Jersey<br><br>Newark Division | 2:12-cv-02857-WJM-MF | William J. Martini<br><br>Magistrate Judge Mark Falk |
| **Plaintiff:** Renee P. Harris<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of New Jersey<br><br>Newark Division | 2:12-cv-03105-WJM-MF | William J. Martini<br><br>Magistrate Judge Mark Falk |
| **Plaintiff:** Anita K. Arrington<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of New Jersey<br><br>Newark Division | 2:12-cv-03315-WJM-MF | William J. Martinii<br><br>Magistrate Judge Mark Falk |
| **Plaintiff:** Darry Willis<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of New Jersey<br><br>Newark Division | 2:12-cv-03316-WJM-MF | William J. Martini<br><br>Magistrate Judge Mark Falk |
| **Plaintiffs:** Susan Genereux and Wayne Genereux<br>**Defendants:** Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. | District of New Jersey<br><br>Newark Division | 2:12-cv-03317-WJM-MF | William J. Martini<br><br>Magistrate Judge Mark Falk |

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Zimmer NexGen Knee Implant Products Liability Litigation

MDL Docket No. 2272

### CERTIFICATE OF SERVICE

I certify that on August 6, 2012, copies of the foregoing notice to Jeffery N. Lüthi and schedule of actions were filed electronically. Parties may access this filing through the Court's system. I further certify that on August 6, 2012, copies of the foregoing notice to Jeffery N. Lüthi and schedule of actions were sent by first-class United States mail, postage prepaid, to the following:

Bobby J. Bradford, Jr.
Aylstock Witkin Kreis & Overholtz PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502

Eric T. Chaffin
Chaffin Luhana LLP
600 3rd Avenue, 12th Floor
New York, NY 10016

Larry E. Coben
Anapol Schwartz PC
8700 East Vista Bonita Drive, Suite 228
Scottsdale, AZ 85255

Roopal P. Luhana
Chaffin Luhana LLP
600 3rd Avenue, 12th Floor
New York, NY 10016

Charles R. Houssiere , III
Houssiere Durant & Houssiere LLP
1990 Post Oak Boulevard, Suite 810
Houston, TX 77056-3812

Keith T. Belt , Jr
Belt Law Firm PC
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35205

Paul D. Stevens
Milstein Adelman & Kreger LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

Lina B. Melidonian
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017

Charles Andrew Childers
Childers, Schlueter & Smith, LLC
1932 North Druid Hills Road, Suite 100
Atlanta, GA 30319

Ramon Rossi Lopez
Lopez McHugh LLP
100 Bayview Circle , Suite 5600
North Tower
Newport Beach, CA 92660

Jules B. Olsman
Stephanie L. Arndt
Olsman Mueller Wallace & MacKenzie PC
2684 W. 11 Mile Road
Berkley, MI 48072

Robert K. Beck
Robert K. Beck & Associates
3456 E 17th Street, Suite 215
Idaho Falls, ID 83406

Nicholas S. Clevenger
Peterson & Associates, P.C.
801 W. 47th St., Suite #107
Kansas City, MO 64112

Stuart C. Talley
Kershaw Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA 95864

Paul Sizemore
Sizemore Law Firm, PLC
2101 Rosecrans Avenue, Suite 5290
El Segundo, CA 90245

Fredric A. Bremseth
Bremseth Law Firm, PC
601 Carlson Parkway, Suite 995
Minnetonka, MN 55305

Troy Alexander Brenes
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660

Craig E. Hilborn
Hilborn & Hilborn
999 Haynes, Suite 205
Birmingham, MI 48009

Michael S. Kruse
Onder and Shelton, L.L.C.
110 East Lockwood
St. Louis, MO 63119

Joshua L. Benson
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

Ellen Relkin
Weitz & Luxenberg
200 Lake Drive East, Suite 205
Cherry Hill, NJ 08002

/s/ Joseph H. Yeager, Jr.

Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Fax: 317-237-1000
Email: jay.yeager@faegrebd.com

Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Zimmer Production, Inc., and Zimmer US, Inc.