Jay J. Schuttert
Nevada Bar No. 8656
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jschuttert@swlaw.com

Attorneys for Defendants
ZIMMER, INC., ZIMMER HOLDINGS, INC.,
and ZIMMER SURGICAL, INC., f/k/a ZIMMER
ORTHOPAEDIC SURGICAL PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LENORA DIGIACOMO,<br><br>Plaintiff,<br><br>vs.<br><br>ZIMMER, INC., ZIMMER HOLDINGS, INC., ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>Defendants. | CASE NO. 2:12-cv-01019-RCJ-PAL<br><br>**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

The defendants, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc. (collectively, "Zimmer Defendants"), respectfully move for a 30-day extension of time, to and including September 13, 2012, within which to file and serve their answers or other responses to plaintiff's Complaint. In support of this agreed motion, the Zimmer Defendants state as follows:

1. The plaintiff, Lenora Digiacomo ("Plaintiff") commenced this action in this Court on June 15, 2012.

2. Zimmer Defendants' answers or other responses to the Complaint are currently due on or before August 14, 2012, and that deadline has not yet expired.

/ / /

/ / /

15642745

3. Zimmer Defendants and their counsel seek this initial enlargement of time to allow this Court time to rule on the parties' Joint Motion to Stay Pending Transfer to Multidistrict Proceedings, filed on August 14, 2012.

4. Zimmer Defendants have not filed any prior motions to extend their time to answer or otherwise respond.

5. The undersigned counsel conferred with Plaintiff's counsel prior to filing this motion. Plaintiff's counsel agreed to the 30-day extension of time sought. Thus, by the parties' agreement, Zimmer Defendants would file their responsive pleadings on or before September 13, 2012.

WHEREFORE, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopoaedic Surgical Products, Inc., respectfully request that the Court grant their Agreed Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint.

DATED this ___14th___ day of August, 2012.

SNELL & WILMER L.L.P.

By: /s/ Jay J. Schuttert
Jay J. Schuttert
Nevada Bar No. 8656
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendants
ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER SURGICAL, INC., f/k/a ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.

IT IS SO ORDERED this 17th day of August, 2012.

Peggy A. Leen
United States Magistrate Judge

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** by electronic service (via Case Management/Electronic Case Filing) to the following:

Joshua L. Benson, Esq.
**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: jbenson@marquisaurbach.com
Attorneys for Plaintiff

DATED this 14th day of August, 2012.

_____
An Employee of Snell & Wilmer L.L.P.

- 3 -

15642745